UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEREK MITCHELL HALE (#499675)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 16-355-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated December 16, 2016, to which no objection was filed:

**IT IS ORDERED** that plaintiff's claims asserted against Bernadine St. Cyr and Bobby Gilmore are dismissed, without prejudice, for failure of the plaintiff to effect timely service upon them.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (R.Doc. 17), filed on behalf of defendant Warden Darrel Vannoy, is GRANTED, and that the plaintiff's claims against defendant Vannoy are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the plaintiff's request for preliminary and injunctive relief is denied as moot. *See* R. Doc. 16.

Signed in Baton Rouge, Louisiana, on January 4, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA